EXPORT & IMPORT WOOLENS CO. *v.* UNITED STATES

No. 6888.—Invoice dated London, England, February 1945.
　　　　　Certified April 1945.
　　　　　Entered at New York, N. Y., April 13, 1945.
　　　　　Entry No. WHB 5316.

(Decided February 18, 1947)

Plaintiff not represented by counsel.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): This appeal for reappraisement of various items of merchandise concerns the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

An agreed set of facts shows export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for appraisement of the instant merchandise, and that such statutory values for the woolen cloth in question are the appraised values less additions made by the importer on entry because of advances in similar cases.